IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNA MACCLELLAND, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 18-4913 |
| | : | |
| ANDREW SAUL,1 | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 28th day of July, 2020, following upon consideration of Plaintiff's "Brief

and Statement of Issues on Appeal" ("Pl. Br.") (Doc. 17); "Defendant's Response to Request for

Review of Plaintiff" ("Def. Br.") (Doc. 18); and "Plaintiff's Reply Brief" ("Pl. Reply") (Doc. 21),

and for reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that

Plaintiff's request for review is **GRANTED** and final decision of the Commissioner denying

disability benefits in part is **VACATED**; this matter is **REMANDED** to the Commissioner under

sentence four of 42 U.S.C. § 405(g) for further administrative proceedings; and the Clerk of Court

is shall to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

1 Andrew Saul became the Acting Commissioner of Social Security on June 17, 2019. Pursuant to
Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Saul should be substituted for the former
Acting Commissioner, Nancy A. Berryhill, as the defendant in this action. No further action need
be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. §
405(g).